RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 11/18/05

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH GARY AMOS | CIVIL ACTION NUMBER: 04-CV0968 |
| VERSUS | JUDGE DOHERTY |
| COREY JACKSON, ET AL | MAGISTRATE JUDGE METHVIN |

### MEMORANDUM RULING

A motion filed on behalf of intervenor, Certain Underwriters at Lloyd's, London, is currently pending before this Court. The Court is scheduled to hear oral argument on the motion on December 13, 2005. Upon closer review of the motion, the Court concludes that oral argument is unnecessary and hereby issues its ruling on the pending motion.

Intervenor has filed a Motion for Summary Judgment for Declaratory Relief in which it argues that the policy of insurance it provided to defendant, Willow Lounge, LLC, provides neither a duty to defend nor any obligation to pay any judgment that the plaintiff may obtain against any of the parties defendant to this suit. No party has opposed this motion. Therefore, the Motion for Summary Judgment for Declaratory Relief, appearing to be well-founded in law and fact and being unopposed by any party, will be granted. This Court thus finds that the policy of insurance issued by Underwriters on behalf of the Willow Lounge, LLC provides neither a duty to defend, nor an

obligation to pay any judgment that the plaintiff may obtain against any of the parties defendant to this suit.

THUS DONE AND SIGNED this \_\_\_18\_\_ day of \_\_\_November\_\_\_, 2005.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE


RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 11/18/05

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JOSEPH GARY AMOS | CIVIL ACTION NUMBER: 04-CV0968 |
| VERSUS | JUDGE DOHERTY |
| COREY JACKSON, ET AL | MAGISTRATE JUDGE METHVIN |

## ORDER

Considering the foregoing Memorandum Ruling:

IT IS HEREBY ORDERED that the Motion for Summary Judgment for Declaratory Relief filed on behalf of Certain Underwriters at Lloyd's, London [Doc. #49] shall be and is GRANTED. The policy of insurance provided by Underwriters provides neither a duty to defend nor an obligation to pay any judgment that the plaintiff may obtain against any of the parties defendant to this suit.

Thus done and signed in Lafayette, Louisiana, this ____ day of _____, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE