U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 29 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JOSEPH GARY AMOS | CIVIL ACTION NUMBER: 04-0968 |
| VERSUS | JUDGE REBECCA DOHERTY |
| COREY JACKSON, KARL BABIN, LAFAYETTE PARISH CONSOLIDATED GOVERNMENT, WILLOW LOUNGE, L.L.C., DARRYL FOSTER, AND SCOTTIE JAMES ALFRED | MAGISTRATE JUDGE METHVIN |

## EXPARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, come W. GERALD GAUDET, MARY M. HAMILTON AND ANDREA L. ALBERT, who seek to withdraw as counsel of record for WILLOW LOUNGE, LLC, DARRYL FOSTER AND SCOTTIE JAMES ALFRED, for the following reasons:

I.

W. GERALD GAUDET, MARY M. HAMILTON AND ANDREA L. ALBERT were appointed by Certain Underwriters at Lloyd's London to defend Willow Lounge, LLC, Darryl Foster and Scottie James Alfred under a reservation of rights to decline coverage.

II.

This Honorable Court has ruled in a Memorandum Ruling that the policy of insurance issued by Certain Underwriters at Lloyd's London to Willow Lounge, LLC did not provide coverage for the claims of plaintiff and that Certain Underwriters at Lloyd's London does not have a duty to defend any party defendant. (Copy of Ruling is attached as Exhibit A)

WHEREFORE, W. GERALD GAUDET, pray that they be allowed to withdraw as counsel of record for Willow Lounge, LLC, Darryl Foster and Scottie James Alfred.

Respectfully submitted:

**VOORHIES & LABBÉ**
(A Professional Law Corporation)

_____
W. GERALD GAUDET (#5971)
MARY M. HAMILTON (#20768)
ANDREA L. ALBERT (#27353)
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
Attorneys for Willow Lounge, LLC, Darryl Foster and Scottie James Alfred

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has this day been forwarded to all known counsel of record by depositing same in the United States mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this __29__ day of __November__, 2005.

_____
MARY M. HAMILTON

H. Edwin McGlasson, Jr.
W. Gerald Gaudet‡
Richard D. Chappuis, Jr.
William M. Bass
John Nickerson Chappuis
Robert L. Ellender
Cyd Sheree Page
Robert M. Francez
Lamont P. Domingue
Mary McCrory Hamilton
Julie A. Scheib

**Monroe Office**
1900 North 18th Street
Suite 801
Monroe, Louisiana 71201
318.325.6444
Facsimile 318.323.7518

# Voorhies & Labbé
**Professional Law Corporation**
**Est. 1924**

700 St. John Street
Post Office Box 3527
Lafayette, Louisiana 70502-3527
337.232.9700
Facsimile 337.235.4943

Web Site: www.volalaw.com
Email: vl@volalaw.com

Simone C. Dupré
James P. Doherty, III
Kristen B. Menard
Andrea L. Albert
Gary G. Osborne, Jr.
Hoai T. Hoang
Elisabeth Kraft Cortez
Laura E. Kraemer

Of Counsel
John W. Hutchison
Elizabeth L. Guglielmo†‡

Bennett J. Voorhies (1901-1970)
Donald Labbé (1900-1966)
D. Mark Bienvenu (1931-1991)
Robert A. Lecky (1940-1998)

†Admitted to Practice in Georgia
‡Admitted to Practice in Texas

November 29, 2005

Writer's Email: mmh@volalaw.com

Ms. Catherine Bacon
Deputy Clerk-in-Charge
USDC - WD
Lafayette-Opelousas Division
211 John M. Shaw U. S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

*Via Hand Delivery*

Re:   Joseph Gary Amos v. Corey Jackson, Karl Babin, Lafayette Parish Consolidated Government, Willow Lounge, LLC, Darryl Foster, and Scottie James Alfred
Civil Action Number: 04-0968
Judge Doherty/Magistrate Judge Methvin
Our File Number: 08820-0030

Dear Ms. Bacon:

Enclosed please find an Exparte Motion to Withdraw as Counsel of Record and Order to be filed in the record of the above-referenced matter on behalf of the defendants, Willow Lounge, LLC, Darryl Foster and Scottie James Alfred.

By copy of this correspondence, I have forwarded a copy of the referenced pleading to all counsel of record.

Finally, I have enclosed an extra copy which I would appreciate you date stamping "filed" and return same to me.

**VOORHIES & LABBÉ**

Ms. Catherine Bacon
November 29, 2005
Page 2


With kind regards, I am

Very truly yours,

*[signature]*

**MARY M. HAMILTON**
MMH/bs333586
Enclosures
cc:    J. Christian Lewis
        Philip E. Roberts
        James A. Prather
        Willow Lounge, LLC
        Darryl Foster
        Scottie James Alfred