WESTERN DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 27 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **JOSEPH GARY AMOS** | **DOCKET NUMBER:CV04 0968** |
| **VERSUS** | **JUDGE: DOHERTY** |
| **COREY JACKSON, KARL BABIN, LAFAYETTE PARISH CONSOLIDATED GOVERNMENT, WILLOW LOUNGE, L.L.C., DARRYL FOSTER, SCOTTIE JAMES ALFRED** | **MAGISTRATE: METHVIN** |
| | **JURY TRIAL REQUESTED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITIONER'S MOTION TO COMPEL

NOW INTO COURT, comes Petitioner, through undersigned counsel, who moves as follows:

1.

Petitioner propounded on May 17, 2006, the Fourth Set of Discovery to Defendant Lafayette Parish Consolidated Government (LPCG). The defendant replied with objections and nonresponsive answers to each. (Exhibit A)

2.

Petitioner submits that the discovery is proper and relevant to the customs and policies which led to the beating of Mr. Amos by the defendant officers. The subject discovery is similar to, yet even more narrow and specific, than that discovery which the Magistrate has already ordered LPCG to produce. (Ruling of June 16, 2006) Further, Petitioner has attempted by fax letter of July 14, 2006, and the discovery conference to determine if LPCG would produce the records if the scope of these requests was narrower in time. (Exhibit B) LPCG did not respond to this effort to resolve this dispute. As such,



THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(337) 233-1471
800-960-5551

this motion was made necessary regardless of whether the scope of these discovery requests were narrowed in time.

3.

Petitioner moves for an order compelling LPCG to produce the information and documents responsive to the Fourth Discovery Requests.

4.

Further, Petitioner previously filed a motion to compel responses to Petitioner's Original Discovery Requests. The documents that were requested in the Petitioner's Original Request for Production of Documents No. 1 were ordered to be produced. This necessarily included the statement of Anna Davis taken by its attorney and a copy of a statement taken by Internal Affairs Division that Defendant specifically withheld. (Exhibit C).

5.

While Anna Davis's statement has been produced, the Internal Affairs statement that was specifically withheld has not been produced in accordance with the Magistrate's order. Efforts to obtain this statement have gone without a response. (Exhibit D) Further, LPCG did not appeal to the District Court the Magistrate's order regarding the production of the Internal Affairs' statement. As such, LPCG appears to be in violation of the Magistrate's order.

6.

Petitioner prays for an order requiring the production of the information that is sought in the Fourth Discovery Requests, the enforcement of the Magistrate's Order in

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(337) 233-1471
800-960-5551

requiring the production of the withheld Internal Affairs statement, and for all relief provided for under the Federal Rules of Procedure.

WHEREFORE, based upon the foregoing, and for the reasons set forth more fully in the memorandum in support of this motion, Petitioner prays that the relief sought herein and all other just and equitable relief be granted.

Respectfully submitted,

BY: _____
J. CHRISTIAN LEWIS (#21987)
GLENN J. ARMENTOR (#2541)
300 Stewart Street
Lafayette, Louisiana 70501
(337) 233-1471
**Attorneys for Petitioner**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing has been served upon counsel of record by depositing same in the United States Mail, postage prepaid, this 27 day of JULY, 2006, at Lafayette, Louisiana.

_____



THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(337) 233-1471
800-960-5551

# THE GLENN ARMENTOR
## LAW CORPORATION

GLENN ARMENTOR
W. PAUL HAWLEY
REBEKAH R. HUGGINS
HARRY K. BURDETTE
J. CHRISTIAN LEWIS °
JEREMY "JAY" SUIRE
RICHARD E. SMITH °°
DEBRA J. SCADDEN
CURTIS L. HOLLINGER, JR.
SHAWN P. BENOIT
STEPHEN C. GAUBERT

Paralegals:
WAYNE LEMOINE
PAM BRIGGS
HEATHER SAVOY

° Also Licensed In Virginia
°° Also Licensed In Texas

July 27, 2006

Mr. Robert H. Shemwell, Clerk
United States District Court
Western District of Louisiana
800 Lafayette Street
Lafayette, LA 70501

Re: *Joseph Gary Amos v. Corey Jackson, Karl Babin, Lafayette Parish Consolidated Government, Willow Lounge, lLC, Darryl Foster, and Scottie James Alfred*, CV04-0968, United States District Court, W-D of Louisiana, Judge Doherty, Magistrate Methvin

Dear Mr. Shemwell:

Please find the enclosed original and one copy of the Petitioner's Motion to Compel, Exhibits, Rule 37.1 Certificate, and Memorandum. Please file the original into the record and forward for the court's consideration. Please return the copy to me indicating the date it was filed. Thank you for your attention to this matter.

Very truly yours,

THE GLENN ARMENTOR LAW CORPORATION

J. CHRISTIAN LEWIS

JCL/wp
Enclosure

cc:
Honorable Mildred Methvin
Mr. Phillip Roberts Via facsimile (337) 233-8403
Ms. Mary Hamilton Via facsimile (337) 235-4943
Mr. Gary Amos