

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH GARY AMOS | CIVIL ACTION NUMBER: 04-CV0968 |
| VERSUS | JUDGE DOHERTY |
| COREY JACKSON, ET AL | MAGISTRATE JUDGE METHVIN |

## **MEMORANDUM RULING**

Currently pending before the Court is an Appeal by defendants Lafayette Consolidated Government, Karl Babin and Corey Jackson [Doc. 80], of the Magistrate Judge's Ruling [Doc. 78] granting, with modification, plaintiff's Motion to Compel Discovery.

The Court will not reiterate the facts or procedural history, as they are contained in the Court's Ruling on defendant's previous appeal of the Magistrate Judge's Ruling on a prior motion to compel discovery. [Doc. 83] The discovery at issue in the instant matter is similar, yet more narrow and specific, to a portion of the discovery previously in dispute and previously ruled upon by this Court. The disputed discovery in the instant matter seeks as follows:

1. Documents from the past ten years relating to complaints of excessive force by Lafayette police officers.

2. Documents showing the discipline imposed on each officer where defendants found excessive force was used by an officer.

3. Documents relating to complaints of excessive by certain citizens (who are specifically named by plaintiff in the discovery requests).

For the reasons stated in this Court's previous Ruling (see specifically pp. 3-6), the

Magistrate's Ruling is UPHELD, subject to the modifications noted in this Court's previous Ruling.

To reiterate:

> The Lafayette Consolidated Government is to identify all files [documents] requested for a five year period prior to the date of the incident. Any documents within the files defendants claim are privileged or subject to protection as trial preparation material may be withheld, but defendants are to identify the withheld documents in a privilege log which conforms with Federal Rule of Civil Procedure 26(b)(5). In addition to the requirements set forth in Rule 26(b)(5), defendants are to provide the Magistrate with an analysis of the **ten** <u>Frankenhauser</u> factors with respect to each document identified in the privilege log. Thereafter, plaintiff may request an *in camera* review and determination of discoverability of any documents he maintains are discoverable.

THUS DONE AND SIGNED this ____4____ day of ___December___, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE