**RECEIVED**

JUL 2 6 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH GARY AMOS | CIVIL ACTION NUMBER: 04-0968 |
| VERSUS | JUDGE DOHERTY |
| COREY JACKSON, ET AL | MAGISTRATE JUDGE METHVIN |

## ORDER OF PARTIAL DISMISSAL

This Court having received notice that plaintiff, Joseph Gary Amos, and defendants, Lafayette Parish Consolidated Government, Corey Jackson and Karl Babin, have agreed to settle their claims,

IT IS HEREBY ORDERED that the claims of Joseph Gary Amos against Lafayette Parish Consolidated Government, Corey Jackson and Karl Babin shall be and are DISMISSED WITHOUT PREJUDICE, but reserving all rights of plaintiff against all other parties, including Willow Lounge, LLC, Darryl Foster and Scottie James Alfred. No later than sixty (60) days of the date hereof, the parties (Joseph Gary Amos, Lafayette Parish Consolidated Government, Corey Jackson and Karl Babin) shall file one of the following: (a) a motion for entry of judgment on all claims; (b) a motion to reopen this matter and reinstate all claims for failure to finalize the settlement agreement; or (c) a motion to enforce the settlement agreement. This Court shall retain jurisdiction over this matter until such time as compliance with this Order has been fulfilled.

IT IS HEREBY FURTHER ORDERED that counsel shall provide this Court, no later than ten (10) days of the date hereof, with written confirmation of the settlement, signed by counsel for

all parties to the settlement. In providing this written notice, counsel should be aware that (a) faxed signatures will suffice, if necessary in order to comply with the deadline, but must be supplemented with originals as soon as possible; and (b) it is not necessary for the written confirmation to reference the terms of the settlement, but may be limited to the fact that an oral settlement agreement has been reached.

THUS DONE AND SIGNED this 24 day of July, 2007.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE